JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CV 07-03517-MMM |
| ) | CR 92-00879-JGD |
| Respondent, ) | |
| vs. ) | |
| ) | JUDGMENT |
| ) | |
| CARLOS ENRIQUE FRANCO, ) | |
| ) | |
| Petitioner. ) | |
| ) | |

On May 12, 2006, petitioner Carlos Enrique Franco filed a motion for time reduction under 28 U.S.C. § 2255. In an order denying the motion, the court concluded that, insofar as the motion was brought under 28 U.S.C. § 2255, it was a second or successive motion that had been filed with authorization by the Ninth Circuit Court of Appeals. To this extent, the court denied the motion without prejudice. The court further held that, to the extent the motion was properly construed as a petition under 28 U.S.C. § 2241, it lacked substantive merit and was denied with prejudice. Consequently,

    IT IS ORDERED AND ADJUDGED

        1. That to the extent petitioner's motion is brought § 2255, it is denied without prejudice as a second and successive motion for which petitioner did not receive certification from the Ninth Circuit;

1         2. That to the extent petitioner's motion is brought § 2241, it is denied on the
2 merits with prejudice; and
3         2. That the action be, and it hereby is, dismissed.

5 DATED: February 23, 2009      _____
6                                  MARGARET M. MORROW
                                 UNITED STATES DISTRICT JUDGE